**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 08-20827-TLM |
| HOPPIE, BRAD OLIVER ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

**NOTICE OF SALE BY TRUSTEE**

TO THE DEBTORS, DEBTOR(S)' ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

　　PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above-entitled estate claims an interest pursuant to 11 USC §363, Bankruptcy Rule 6004(e) and LBR 2002.1.

1. **Description of Property to be Sold:**

   1965 Toyota Land Cruiser - VIN #035122 (last 6 digits)

2. **Time and Place of Sale:**

   Sale will be held by public auction with Silver Collector Car Auctions, Inc. Mitch Silver, Auctioneer conducting the auction.  The auction will take place at Silver Collector Car Auctions, Inc., 2020 N. Monroe St., Spokane WA 99205 on December 2, 2011 at the hour of 5:30 p.m.
   To view the property prior to the sale, please call Mitch Silver at (509)326-4485.

3. **Type of Sale:**

   Public Auction

4. **Terms of Sale:**

   Cash

NOTICE OF SALE BY TRUSTEE - 1

5.  **Treatment of Existing Liens:**

    Trustee's auctioneer may immediately pay the liens listed below without further notice or hearing:   Idaho Title Loans, Inc., $2,778.96

6.  **Value of Property to be Sold:**

    The Trustee estimates that the fair market value of the property is <u>approximately $4,500.</u>

7.  **Proposed Disposition of the Proceeds of the Sale:**

    Pending Court approval, the following compensation to professional person shall be paid from the proceeds of sale:   Silver Collector Car Auctions, Inc.
    Mitch Silver, Auctioneer - 9% of gross proceeds, plus $50 transport fee.

8.  **Authority for Conducting the Sale:**

    11 USC §363(b)(1)

9.  **Objections to This Notice of Sale:**

    This sale will take place unless a written objection and  request for hearing is received by the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and the Trustee on or before **November 14, 2011.**

10. **Miscellaneous Information:**

    Estimated net proceeds to be retained by the estate: Gross proceeds of sale less Idaho Title Loans, Inc., lien for $2,778.96; auctioneer's 9% commission and $50 transport fee.

Date:   October 19, 2011

/s/
Ford Elsaesser Trustee
POB 2220 Sandpoint ID 83864
208/263-8871

NOTICE OF SALE BY TRUSTEE - 2